IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
MAR 25 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| BARBARA ANN SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | CIVIL NO. 3:15cv246 (JRS) |

## FINAL ORDER

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on February 22, 2016 (ECF No. 13), Plaintiff's OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS (ECF No. 14), Defendant's RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION (ECF No. 15), and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The Report and Recommendation (ECF No. 13) is ADOPTED as the opinion of this Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 7) is GRANTED.

(3) Defendant's Motion for Summary Judgment (ECF No. 9) is DENIED.

(4) The final decision of the Commissioner is VACATED and REMANDED.

Let the Clerk of the Court send a copy of this Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 3-25-16

/s/
James R. Spencer
Senior U. S. District Judge